# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

In re:     LP Northwest LLC          §    Case No. 18-33646-tmb-7
                                           §
                                           §
Debtor(s)                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

       RODOLFO CAMACHO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $46,389.60 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $349.70 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $124.23 | |

       3) Total gross receipts of $473.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $473.93 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 1,638.77 | 1,638.77 | 349.70 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 124.23 | 124.23 | 124.23 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,687.83 | 3,716.21 | 3,716.21 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,548,913.86 | 60,634.36 | 60,634.36 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$1,550,601.69** | **$66,113.57** | **$66,113.57** | **$473.93** |

      4) This case was originally filed under Chapter 7 on 10/22/2018. The case was pending for 31 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2021      By: /s/ RODOLFO CAMACHO
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking 3790 | 1129-000 | 269.09 |
| Bank of America Savings 9674 | 1129-000 | 204.84 |
| **TOTAL GROSS RECEIPTS** | | **$473.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | 350 W Arlington St | 4700-000 | N/A | 0.00 | 0.00 | 0.00 |
| 5 | Clackamas County Tax Collector | 4800-000 | 0.00 | 1,638.77 | 1,638.77 | 349.70 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,638.77** | **$1,638.77** | **$349.70** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RODOLFO CAMACHO | 2100-000 | N/A | 118.48 | 118.48 | 118.48 |
| RODOLFO CAMACHO | 2200-000 | N/A | 5.75 | 5.75 | 5.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$124.23** | **$124.23** | **$124.23** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | | | | |
|---|---|---|---|---|---|---|

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | IRS | 5800-000 | N/A | 3,716.21 | 3,716.21 | 0.00 |
| NOTFILED | CITY OF PORTLAND | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Clackamas County Tax Collector | 5800-000 | 1,687.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ODR Bkcy | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$1,687.83** | **$3,716.21** | **$3,716.21** | **$0.00** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Schwabe Williamson & Wyatt PC | 7100-000 | 36,627.07 | 45,657.21 | 45,657.21 | 0.00 |
| 2 | Dennis' Seven Dees Landscaping, Inc. | 7100-000 | 1,466,000.00 | 0.00 | 0.00 | 0.00 |
| 3U | IRS | 7100-000 | N/A | 200.00 | 200.00 | 0.00 |
| 6 | Lachner, Nathan T | 7200-000 | N/A | 14,777.15 | 14,777.15 | 0.00 |
| NOTFILED | Aaron Thomas Court Reporting | 7100-000 | 691.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Beovich Walter & Friend Inc | 7100-000 | 300.45 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Clackamas County Tax Collector | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | May, Marcia | 7100-000 | 64.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Park Western Leasing Inc | 7100-000 | 45,229.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pickett, Doug T. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,548,913.86** | **$60,634.36** | **$60,634.36** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | |
|---|---|
| **Case Number:** 18-33646 TMB | **Trustee:** RODOLFO CAMACHO |
| **Case Name:** LP Northwest LLC | **Filed (f) or Converted (c):** 10/22/18 (f) |
| | **§341(a) Meeting Date:** 11/19/18 |
| **Period Ending:** 06/01/21 | **Claims Bar Date:** 02/25/19 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America Checking 3790 | 269.09 | 269.09 | | 269.09 | FA |
| 2 | Bank of America Savings 9674 | 204.84 | 204.84 | | 204.84 | FA |
| 3 | Williams Kastner Greene & Markley IOLTA (amount approximate) (see footnote) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Accounts receivable 11b. Over 90 days old: 45,389.60 - 0.00 After accessing Quickbooks, it became evident that the receivables were non-collectible. Some were several years old. | 45,389.60 | 45,389.60 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$46,863.53** | **$46,863.53** | | **$473.93** | **$0.00** |

Regarding Property #3 Already earned

**Major activities affecting case closing:**

01/28/19 Sent demand letter to Atty Grim
04/24/19 Sent renewed demand to Atty
05/08/19 Rcv'd $473.93 check
05/17/19 Sent e-mail for Quick Books password and for 2015-2017 tax returns
06/20/19 Rudy sent e-mail to Atty Tony Summers re status
09/16/19 Spoke to Rudy - He will contact Atty Tony Summers re status
12/14/19 Spoke w/ Rudy re Atty Tony Summers - Rudy said tickle out a couple more mos.
02/26/20 Spoke w/ Rudy re Atty Tony Summers - Rudy said tickle out a couple more mos.
06/02/20 Spoke w/ Rudy re Atty Tony Summers - Rudy said tickle out a couple more mos.
08/20/20 Rudy said tickle out a few more months
11/04/20 Rudy said tickle out a few more months
03/09/21 To generate small asset TFR; cannot return funds to debtor

**Initial Projected Date of Final Report (TFR):** December 01, 2020     **Current Projected Date of Final Report (TFR):** March 22, 2021 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-33646 TMB | | **Trustee:** | RODOLFO CAMACHO |
| **Case Name:** | LP Northwest LLC | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******1067 - Checking |
| **Taxpayer ID#:** | **-***5675 | | **Blanket Bond:** | $51,601,059.00 (per case limit) |
| **Period Ending:** | 06/01/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/19 | | LP Northwest LLC | Bank funds | | 473.93 | | 473.93 |
| 05/08/19 | Asset #2 | LP Northwest LLC | B of A Savings 204.84 | 1129-000 | | | 473.93 |
| 05/08/19 | Asset #1 | LP Northwest LLC | B of A - checking 269.09 | 1129-000 | | | 473.93 |
| 04/09/21 | 1001 | RODOLFO CAMACHO | Trustee Compensation | 2100-000 | | 118.48 | 355.45 |
| 04/09/21 | 1002 | RODOLFO CAMACHO | Trustee Expenses | 2200-000 | | 5.75 | 349.70 |
| 04/09/21 | 1003 | Clackamas County Tax Collector | Dividend of 21.339175113%, Claim No.5. Business personal property taxes | 4800-000 | | 349.70 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 473.93 | 473.93 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 473.93 | 473.93 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$473.93** | **$473.93** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1067** | 473.93 | 473.93 | 0.00 |
| | $473.93 | $473.93 | $0.00 |